IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DENNIS SISNEROS,

    Plaintiff,

vs.        No. CIV 09-0213 JB/ACT

MICHAEL FISHER, in his individual capacity,
and THE COUNTY OF BERNALILLO,

    Defendants.

## ORDER

**THIS MATTER** comes before the Court on the Defendants' Objections Regarding the Proposed Deposition Testimony of Chris Donaldson, filed February 10, 2010 (Doc. 64). The Court held a hearing on February 19, 2010. At the hearing, Deborah Wells, attorney for Defendants Michael Fisher and the County of Bernalillo, formally withdrew these objections based on the fact that Chris Donaldson will be testifying in person, rather than by deposition. See Transcript of Hearing at 43:19-22 (taken February 19, 2010)(Court, Wells).[1] The Court thus overrules these objections as moot.

**IT IS ORDERED** that the Defendants' Objections Regarding the Proposed Deposition Testimony of Chris Donaldson are overruled.

_____
UNITED STATES DISTRICT JUDGE

---

[1] The citations to the transcript of the hearing refer to the court reporter's original, unedited version. Any final transcript may have slightly different page and/or line numbers.

*Counsel*:

Robert R. Cooper
Ryan J. Villa
The Law Offices of Robert R. Cooper
Albuquerque, New Mexico

    *Attorneys for the Plaintiff*

Deborah D. Wells
Kennedy, Moulton & Wells, P.C.
Albuquerque, New Mexico

    *Attorney for the Defendants*