IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DENNIS SISNEROS,

    Plaintiff,

vs.                                                                                      No. CIV 09-0213 JB/ACT

MICHAEL FISHER, in his individual capacity,
and THE COUNTY OF BERNALILLO,

    Defendants.

## ORDER

**THIS MATTER** comes before the Court on the Motion in Limine to Exclude Testimony of John Sanchez, filed February 9, 2010 (Doc. 60).  The Court held a hearing on February 19, 2010.  The primary issue is whether the Court should limit the testimony of John Sanchez, one of the witnesses whom Defendants Michael Fisher and the County of Bernalillo intend to call at trial.  At the hearing on this motion, however, the Court expressed its inclination to deny this motion, and Ryan Villa, attorney for Plaintiff Dennis Sisneros, consented to the Court denying it.  See Transcript of Hearing at 42:8-43:5 (taken January 19, 2010)(Court, Wells, Villa).[1]

**IT IS ORDERED** that the Motion in Limine to Exclude Testimony of John Sanchez is denied.

_____
UNITED STATES DISTRICT JUDGE

---

[1] The citations to the transcript of the hearing refer to the court reporter's original, unedited version.  Any final transcript may have slightly different page and/or line numbers.

*Counsel*:

Robert R. Cooper
Ryan J. Villa
The Law Offices of Robert R. Cooper
Albuquerque, New Mexico

    *Attorneys for the Plaintiff*

Deborah D. Wells
Kennedy, Moulton & Wells, P.C.
Albuquerque, New Mexico

    *Attorney for the Defendants*