IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DENNIS SISNEROS,

    Plaintiff,

vs.                                                      No. CIV 09-0213 JB/ACT

MICHAEL FISHER, in his individual capacity,
and THE COUNTY OF BERNALILLO,

    Defendants.

## ORDER

**THIS MATTER** comes before the Court on the Second Motion in Limine to Exclude Evidence of Plaintiff's Prior Criminal History as Evidence of Knowledge that Defendant Was an Officer and Motive to Resist Arrest, filed February 20, 2010 (Doc. 94). The Court held a hearing on February 22, 2010. Based on certain concessions that Plaintiff Dennis Sisneros has made regarding the damages he seeks from Defendants Michael Fisher and the County of Bernalillo, the Defendants do not oppose the motion. The Court will therefore grant Sisneros' motion in limine.

**IT IS ORDERED** that the Second Motion in Limine to Exclude Evidence of Plaintiff's Prior Criminal History as Evidence of Knowledge that Defendant Was an Officer and Motive to Resist Arrest is granted.

_____
UNITED STATES DISTRICT JUDGE

*Counsel*:

Robert R. Cooper
Ryan J. Villa
Heather Mossoth
The Law Offices of Robert R. Cooper
Albuquerque, New Mexico

    *Attorneys for the Plaintiff*

Deborah D. Wells
Kennedy, Moulton & Wells, P.C.
Albuquerque, New Mexico

    *Attorney for the Defendants*