**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

FILED

UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

FEB 2 5 2010

MATTHEW J. DYKMAN
CLERK

DENNIS SISNEROS,

        Plaintiff,

vs.

No. CIV 09-0213 JB/ACT

MICHAEL FISHER, in his individual capacity,
and THE COUNTY OF BERNALILLO,

        Defendants.

**JURY INSTRUCTION NO. 11A**
(with citations)

## JURY INSTRUCTION NO. 11A

Under the Fourth Amendment, the scope of any seizure must be carefully tailored to its underlying justification.  If an officer has reasonable suspicion or probable cause to detain or arrest a person, he may only continue to detain or arrest that person if he has reasonable suspicion or probable cause to do so.

Parties' Proposed Instruction
Flordia v. Royer, 460 U.S. 491, 500 (1983)
U.S. v. Brignoni-Ponce, 422 U.S. 873, 881 (1975)
U.S. v. Cheromiah, 455 F.3d 1216, 1222 (10th Cir. 2006)
U.S. v. Millan-Diaz, 975 F.2d 720, 721-22 (10th Cir. 1992)
U.S. v. Bell, 892 F.2d 959, 966-67 (10th Cir. 1989)