IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DENNIS SISNEROS,

    Plaintiff,

vs.           No. CIV 09-0213 JB/ACT

MICHAEL FISHER, in his individual capacity,
and THE COUNTY OF BERNALILLO,

    Defendants.

## FINAL JUDGMENT

**THIS MATTER** comes before the Court on a jury's verdict returned February 25, 2010. After a trial that took place from February 22, 2010 to February 25, 2010, the jury returned a verdict in favor of Plaintiff Dennis Sisneros and against Defendants Michael Fisher and the County of Bernalillo in the amount of $17,068.75. The Court now enters final judgment in that amount.

**IT IS ORDERED** that final judgment is entered in favor of Plaintiff Dennis Sisneros and against Defendants Michael Fisher and the County of Bernalillo in the amount of $17,068.75.

_____
UNITED STATES DISTRICT JUDGE

*Counsel*:

Robert R. Cooper
Ryan J. Villa
Heather Mossoth
The Law Offices of Robert R. Cooper
Albuquerque, New Mexico

    *Attorneys for the Plaintiff*

Deborah D. Wells
Kennedy, Moulton & Wells, P.C.
Albuquerque, New Mexico

    *Attorneys for the Defendants*